# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: LIEN ASSERTED AGAINST MATTHEW HEFFRAN | : No. 898 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: EASTERN ALLIANCE LNSURANCE | : Order of the Superior Court |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.